UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $110,000.00 IN U.S. CURRENCY,<br><br>Defendant. | No. 2:18-cv-3079 JAM DB<br><br><br><br>ORDER |

Plaintiff commenced this asset forfeiture action on November 28, 2018. The matter was referred to the undersigned in accordance with Local Rule 302(c)(3) and 28 U.S.C. § 636(b)(1). On February 7, 2019, claimant David Leung, proceeding through counsel, filed a request for an ancillary hearing. (ECF No. 6.)

Good cause appearing, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday, March 22, 2019, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

2. All parties are required to appear at the Status Conference, either by counsel or, if proceeding in propria persona, on his or her own behalf. Any party may appear at the status conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the

1

courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status (Pretrial Scheduling) Conference; a party may not appear telephonically over a cellphone.

    3. Plaintiff shall file and serve a status report on or before **March 8, 2019**, and claimant shall file and serve a status report on or before **March 15, 2019**. Each party's status report shall address all of the following matters:

    a. Anticipated motions and the scheduling thereof;

    b. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    c. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    d. Whether the case is related to any other case, including matters in bankruptcy;

    e. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of her so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

    f. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    g. Any other matters that may aid in the just and expeditious disposition of this action.

    4. The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction. See Local Rules 110 and 183.

Dated: February 11, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\USv$110,000.3079.ossc